UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| BRIAN ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 6:26-cv-00002-REW-CJS |
| | ) | |
| 3M COMPANY, *et al.* | ) | 3M'S RESPONSE TO VOLUNTARY MOTION TO DISMISS PLAINTIFF BRANDON FLEMING |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

*** *** *** ***

3M of course does not oppose the voluntary dismissal of Plaintiff Brandon Fleming's claims against 3M. But that dismissal should be with prejudice—not without—as the parties agreed. On July 16, Plaintiff's counsel canceled the upcoming depositions of both Mr. Fleming and of Plaintiff Roger Staton, explaining that each intended to voluntarily dismiss his claims. That same day, Plaintiff's counsel confirmed that "both Mr. Staton and Mr. Fleming will be filing voluntary dismissals of their claims *with prejudice*." *See* Ex. 1, 7/16/2026 Email (emphasis added). While Mr. Staton has moved for a voluntary dismissal of his claims with prejudice [DE 600], Mr. Fleming's motion seeks dismissal *without* prejudice [DE 601]. Both dismissals should be with prejudice, as Plaintiff's counsel agreed months ago.

What's more, as the Court is aware, 3M is involved in separate litigation against the lawyers who represent Plaintiff. *See 3M Co. v. Glenn M. Hammond, Michael B. Martin & John Givens*, No. 6:26-cv-00034-REW-MAS. Some of the allegations of the operative complaint in that separate litigation concern the practice of filing and prosecuting fraudulent claims, submitting false discovery responses, and then dismissing unfounded lawsuits against 3M to

conceal the false allegations. This case is illustrative of that practice. Accordingly, 3M respectfully reserves its rights and remedies in connection with the separate litigation and will explain at the appropriate time how this case fits into the alleged scheme.

Respectfully submitted, this 22nd day of October, 2026.

*/s/ J. William Manuel*

Byron N. Miller
Michael J. Bender
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, KY 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Bryant J. Spann
Robert H. Akers
THOMAS COMBS & SPANN
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1800
Facsimile: (304) 414-1801
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com

J. William Manuel (admitted pro hac vice)
James Stephen Fritz, Jr. (admitted pro hac vice)
Jason D. Tullos (admitted pro hac vice)
BRADLEY ARANT BOULT CUMMINGS LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
wmanuel@bradley.com
sfritz@bradley.com

jtullos@bradley.com

*Counsel for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which will serve all counsel of record.

*/s/ J. William Manuel*