**From:** Mike Martin
**To:** Mike Bender; Will English
**Cc:** Bethney Ladner; Rob Akers; Elizabeth L. Taylor; M. David Griffith Jr.; Jan Browne; Megan Hess; Johnny Givens
**Subject:** RE: Roger Stanton, Brandon Fleming
**Date:** Thursday, July 16, 2026 4:11:43 PM
**Attachments:** image001.png

---

Mike

This is to confirm that both Mr. Staton and Mr. Fleming will by filing voluntary dismissals of their claims with prejudice.

Thanks

MIKE MARTIN
PARTNER

MARTIN | WALTON
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 106
FRIENDSWOOD, TEXAS 77546-4580
mmartin@martinwaltonlaw.com
713-773-2035 – office
832-559-0878 – fax
281-782-2764 – cell

CONFIDENTIALITY NOTICE

This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. In such case, you should destroy this message and kindly notify the sender by e-mail. Please advise immediately if you or your employer do not consent to internet email for a message of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of this firm shall be understood as neither given nor endorsed by it.

---

**From:** Mike Bender <mbender@tmslawplc.com>
**Sent:** Thursday, July 16, 2026 3:16 PM
**To:** Will English <wenglish@napiergaultlaw.com>; Mike Martin <mmartin@martinwaltonlaw.com>
**Cc:** Bethney Ladner <beth@martinwaltonlaw.com>; Rob Akers <RAkers@tcspllc.com>; Elizabeth L. Taylor <etaylor@tcspllc.com>; M. David Griffith Jr. <dgriffith@tcspllc.com>; Jan Browne <JBrowne@tcspllc.com>; Megan Hess <mhess@tmslawplc.com>; Johnny Givens <johnny@givens-law.com>
**Subject:** RE: Roger Stanton, Brandon Fleming

EXHIBIT
1

Mike,

I'm adding Johnny Givens and a few others from my team. Earlier this week Johnny sent me an

email requesting that I cancel the deposition of Brandon Fleming because he was going to voluntarily dismiss his claims. I had other depositions this week and just couldn't respond timely.

Regardless, I will cancel the depositions of both Roger Staton on 7/21 at 2:00 p.m. and Brandon Fleming on 7/22 at 2:00 p.m. because they are voluntarily dismissing their claims. The notices won’t go out until Monday, however. My paralegal is on vacation. I assume the dismissals will be with prejudice.

Mike Bender
Direct: (502) 357-1940
Cell: (270) 452-1232

---

**From:** Will English <wenglish@napiergaultlaw.com>
**Sent:** Thursday, July 16, 2026 11:57 AM
**To:** Mike Martin <mmartin@martinwaltonlaw.com>
**Cc:** Mike Bender <mbender@tmslawplc.com>; Bethney Ladner <beth@martinwaltonlaw.com>
**Subject:** Re: Roger Stanton, Brandon Fleming

No objection

Sent from my iPhone

> On Jul 16, 2026, at 11:44 AM, Mike Martin <mmartin@martinwaltonlaw.com> wrote:
>
> Mike, Will:
>
> I would like to move to dismiss these two guys from the federal case, and cancel their depositions next week.
>
> I assume that you have no objection?
>
> Let me know, thanks.
>
> MIKE MARTIN
> PARTNER
> <Picture (Device Independent Bitmap) 1.jpg>
> MARTIN | WALTON

Attorneys at Law
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
mmartin@martinwaltonlaw.com
713-773-2035 – office
832-559-0878 – fax
281-782-2764 – cell

CONFIDENTIALITY NOTICE

This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. In such case, you should destroy this message and kindly notify the sender by e-mail. Please advise immediately if you or your employer do not consent to internet email for a message of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of this firm shall be understood as neither given nor endorsed by it.