MARTIN | WALTON
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 106
FRIENDSWOOD, TX 77546-4580
(713) 773-2035 (HOUSTON)
(606) 425-7335 (KENTUCKY)
(832) 559-0878 (FAX)

MICHAEL B. MARTIN
Licensed: Texas, Kentucky

October 28, 2026

Mr. Robert R. Carr, Clerk
United States District Court
Eastern District of Kentucky

Re: Case No. 6:26-cv-00002; *Brian Adams, et al. v. 3M Company, et al.* (BRANDON FLEMING)

Dear Mr. Carr:

Appendix A to Plaintiffs' Reply to 3M Company's Response to Plaintiff's Motion to Dismiss (DE 605), was too large for the limits to the CM/ECF system. The document has been divided into 4 parts. Each part will be submitted separately. Part 1 is submitted with this letter.

Thank you.

Sincerely,

*Michael Martin*

Michael Martin

/bhl